STATE v. A. D. OWNBEY, JR.

(Filed 27 November, 1957)

APPEAL by defendant from *Olive, J.,* February, 1957 Criminal Term, GUILFORD Superior Court (Greensboro Division).

Criminal prosecution upon an indictment charging that on November 25, 1956, the defendant did unlawfully, willfully, and feloniously commit the abominable and detestable crime against nature, etc. To the charge the defendant entered a plea of not guilty. A number of witnesses testified for the State and others testified for the defendant; among the latter, six of his neighbors gave evidence of the defendant's good character. The defendant did not testify.

The jury returned a verdict of guilty. From a judgment that the defendant be confined in the State's prison for not less than 20 nor more than 50 years, he appealed.

*H. L. Koontz, C. L. Shuping for defendant appellant.*

*George B. Patton, Attorney General, Harry W. McGalliard, Assistant Attorney General for the State.*

PER CURIAM: Counsel have been diligent in behalf of the defendant in this Court and the record shows they were equally so in the Superior Court. The charge is serious. The punishment is afflictive. However, we find nothing in the record to justify a new trial. For that reason no useful purpose can be served by a discussion of the evidence, except to say that if it is true (and the jury so found), it was sufficient to warrant conviction and to support the judgment.

No error.